UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Barry,

Plaintiff(s)

-against-

Martuscello, et al,

Defendant(s).
-------------------------------------------------------X

**ORDER**

7:25-CV-00791 (CS)

Seibel, J.

For the reasons stated on the record during the Status Conference held before the Court on September 18, 2026, this case is hereby DISMISSED as the Court GRANTS Plaintiff counsel's application to voluntarily dismiss the case under Rule 41(a)(1)(A)(i). The Clerk of Court is directed to close the case.

**SO ORDERED.**

Dated: October 1, 2026
White Plains, New York

Cathy Seibel

Cathy Seibel, U.S.D.J.